UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

08 APR 18 AM 11: 53

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Magistrate Case No. |
| | ) | |
| Plaintiff, | ) | **'08 MJ 1202** |
| | ) | |
| v. | ) | COMPLAINT FOR VIOLATION OF: |
| | ) | |
| **Marcelo LOPEZ-Gomez,** | ) | Title 8 U.S.C., Sec. 1324 (a)(2)(B)(iii) |
| | ) | Bringing in Illegal Aliens Without |
| | ) | Presentation |
| | ) | |
| Defendant(s) | ) | |
| | ) | |

The undersigned complainant, being duly sworn, states:

On or about **April 16, 2008,** within the Southern District of California, defendant **Marcelo LOPEZ-Gomez**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Eladio SANTOS-Luna, Audel GONZALEZ-Gonzalez, Maribel CARDENAS-Garcia,** had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **18th** DAY OF **APRIL 2008**

_____
Barbara L. Major
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Marcelo LOPEZ-Gomez**

## PROBABLE CAUSE STATEMENT

Furthermore, the complainant states that **Eladio SANTOS-Luna, Audel GONZALEZ-Gonzalez, and Maribel CARDENAS-Garcia** are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On April 16, 2008, Border Patrol Agent J. A. Nesbit and G.A. Avila on the All Terrain Vehicle Unit (ATV's) were performing line watch duties, within the Imperial Beach Station area of operations. At approximately 9:25 pm, a seismic intrusion device activated near an area commonly referred to as "Echo 4." This area is approximately one and one-half miles east of the San Ysidro, California Port of Entry and is approximately 100 yards north of the United States/Mexico International Boundary. Alien smugglers use this area to further the entry of illegal aliens into the United States.

The All Terrain Unit (ATV's) responded to the area and found that the "Echo 4 Grates" had recently been cut. The grates had been cut allowing aliens to enter through the gates without detection. Agent Nesbit and Agent Avila then responded to the area of the activation. A Remote Video Surveillance System (RVSS) notified the Agents that thirteen individuals were observed in this area. After arriving, Agent Nesbit questioned each individual as to their citizenship and nationality. Each individual admitted to being a citizen and national of Mexico, present in the United States without any documents that would allow them to legally enter or remain in the United States. Each individual was subsequently placed under arrest at 9:30 PM. The thirteen subjects, including one later identified as the defendant **Marcelo LOPEZ-Gomez** were then transported to the Imperial Beach Station for processing.

## DEFENDANT STATEMENT:

Marcelo LOPEZ-Gomez again freely admitted to being a citizen and national of Mexico illegally present in the United States, not in possession of any documents that would allow him to enter or remain in the United States legally. The defendant freely admitted to working as the foot guide on April 16, 2008. The defendant stated that he works for a man known as "Porfilio". The defendant stated that he was going to earn $800.00 USD for smuggling the group of twelve illegally into the United States. The defendant stated that another man compromised the grates in which he and his group used to further their illegal entry. The defendant stated that he was supposed to guide his group north to a car that would be waiting.

CONTINUATION OF COMPLAINT:
Marcelo LOPEZ-Gomez

*MIP*

## MATERIAL WITNESSES STATEMENTS:

The statements of material witnesses **Eladio SANTOS-Luna, Audel GONZALEZ-Gonzalez, and Maribel CARDENAS-Garcia** agree in summary that they are citizens and nationals of Mexico and illegally present in the United States. They stated that they do not have any immigration documents allowing them to be in the United States legally. They stated that arrangements had been made in Mexico to be smuggled into the United States. The material witnesses stated that they were to pay between $1,500.00 to $3,300.00 U.S. dollars to be smuggled into the United States. From a photographic line up the material witnesses were able to identify the defendant **Marcelo LOPEZ-Gomez** as the foot guide of the group.