UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff )<br>)<br>vs. )<br>Marcelo Lopez-Gomez )<br>)<br>Defendant(s) )<br>_____) | CRIMINAL NO. 08mj1202<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / (Order of Court)).

Audel Gonzalez-Gonzalez

DATED: 5-1-08

**JAN M. ADLER**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____        OR
            DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by  R Rhme
    Deputy Clerk